IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,

        Plaintiff,

   v.

WILLETT LAND COMPANY, INC.,
a California Corporation;
and DOES 1 through 10,
inclusive,

        Defendants.
_____/

CIV. S-05-528-DFL-PAN

ORDER RE DISPOSITION AFTER
NOTIFICATION OF SETTLEMENT

    The court has been advised by Scott N. Johnson, Esq., that this action has been settled.  Therefore, it is not necessary that the action remain upon the court's active calendar.

    Accordingly, IT IS ORDERED:

    1.  That counsel file settlement/dismissal documents, in accordance with the provisions of Local Rule 16-160, no later than August 4, 2005, and,

    2.  That all hearing dates previously set in this matter are vacated.

    IT IS SO ORDERED.

Dated: 7/14/2005

                                    /s/ David F. Levi
                                    _____
                                    DAVID F. LEVI
                                    United States District Judge

2