KAREN L. DIEPENBROCK (SBN 88482)
GENE K. CHEEVER (SBN 148063)
DIEPENBROCK HARRISON
A Professional Corporation
400 Capitol Mall, Suite 1800
Sacramento, CA 95814
Telephone: (916) 492-5000
Facsimile: (916) 446-4535

Attorney for Cross-Defendant,
ARDEN MEMORIAL BUILDING ASSOCIATES

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON, | CASE NO. 2:05-CV-00528-DFL-PAN |
| Plaintiff, | **STIPULATION FOR DISMISSAL AND ORDER** |
| v. | |
| WILLETT LAND COMPANY, INC., a California Corporation; and DOES 1 through 10, inclusive, | [No Hearing Required] |
| Defendants. | |
| AND RELATED CROSS-ACTION | |

TO THE HONORABLE DAVID F. LEVI, UNITED STATES DISTRICT COURT JUDGE:

This Stipulation for Dismissal ("Stipulation"), is made and entered into among plaintiff, SCOTT N. JOHNSON ("Plaintiff") through his counsel of record, Scott N. Johnson of the Law Office of Scott N. Johnson, defendant WILLETT LAND COMPANY, INC., ("Willett") through its counsel of record, Edward J. Wright, Jr. of the law office of Martensen Wright, and cross-defendants ARDEN MEMORIAL BUILDING ASSOCIATES (Arden Associates") and TINA LEE and STANLEY LEE ("The Lees"), through their counsels of record, Karen L. Diepenbrock of the law office of Diepenbrock Harrison, and

1  Thomas W. Barth of Kronick, Moskovitz, Tiedemann & Girard respectively, in accordance with the
2  terms of Settlement Agreement and Release (the "Settlement Agreement") previously entered into
3  by and among the parties in the instant action which specifically states:

4  "7.  Upon execution of this Settlement Agreement, Johnson
5      Agrees to dismiss the Complaint against Willett, and Willett
       agrees to dismiss the Cross-claim against Arden and the
6      Lees."

7  IT IS HEREBY STIPULATED by and among the parties, that the above-entitled action,
8  along with the related cross claim, be dismissed in their entirety by the Court, with prejudice, and
9  that any dates previously scheduled by the Court, be removed from the Court's calendar; and
10  IT IS FURTHER STIPULATED that although the instant action has been dismissed, the
11  terms and conditions of the Settlement Agreement shall continue in full force and effect as to all
12  parties.
13  This Stipulation may be executed in any number of counterparts and by different parties
14  hereto in separate counterparts, with the same effect as if all parties had signed the same document.
15  All such counterparts shall be deemed original and shall be construed together and shall constitute
16  one and the same instrument.

17
18  Dated: 11/8/05              LAW OFFICES OF SCOTT N. JOHNSON
19
20                              By: _____
                                    Scott N. Johnson
21                              Attorneys for Plaintiff
                                Scott N. Johnson
22
23  Dated: 10/27/05             MARTENSEN WRIGHT, LLP
24
25                              By: _____
                                    Edward J. Wright, Jr.
26                              Attorneys for Defendant
                                Willett Land Company, Inc.
27
28

I:\GKC\Clients\2387-001\Stipulation Re Dismissal.wpd     -2-       STIPULATION FOR DISMISSAL AND
                                                                   ORDER

1  Dated: _____          DIEPENBROCK HARRISON
2                                  A Professional Corporation
3                                  By: _____
4                                      Karen L. Diepenbrock
                                    Attorneys for Cross-Defendant
5                                   Arden Memorial Building Associates

6  Dated: 10/25/05                 KRONICK MOSKOVITZ, TIEDEMANN
7                                  & GIRARD
8                                  By: _____
9                                      Thomas W. Barth
                                    Attorneys for Cross-Defendants
10                                  Tina Lee and Stanley Lee

11
12
13                                 **ORDER**
14     IT IS HEREBY ORDERED that the Complaint and Cross-Action be dismissed in their
15  entirety with prejudice.
16
17  Dated: DEC 05 2005
18                                  ~~David F. Levi~~
                                    ~~United States District Judge~~
19                                  PETER A. NOWINSKI
20                                  MAGISTRATE JUDGE

I:\GKC\Clients\2387-001\Stipulation Re Dismissal.wpd     -3-     STIPULATION FOR DISMISSAL AND ORDER